**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 234 WAL 2018
                             :
           Respondent          :
                             : Petition for Allowance of Appeal from
                             : the Order of the Superior Court
          v.                    :
                             :
                             :
JULIAN EDWARD LARKINS,        :
                             :
          Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.